

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00176-CR

| | | |
|---|---|---|
| Roger Liverman | § | From the 362nd District Court |
| | § | of Denton County (F-2012-0136-D) |
| v. | § | October 9, 2014 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment and render a judgment of acquittal.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier

Justice Bill Meier